Application denied. The judgment of the trial court, denying habeas corpus is correct.

202 So.2d 648

**Jacques PELLOAT, Jr., et al., Mrs. Lillian Davenport, widow of Marshall F. Badeaux, Sr., Theodore C. Keyes,**

v.

**STATE of Louisiana, through DEPARTMENT OF HIGHWAYS, et al.**

No. 48806.

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

202 So.2d 648

**Gerald Joseph THIBODEAUX**

v.

**MARYLAND CASUALTY COMPANY et al.**

No. 48807.

Sept. 29, 1967.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.